[No. 16210-5-II.     Division Two.     March 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY G. WOODWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 92-1-00056-3, James B. Sawyer II, J., entered May 27, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 12656-1-III.     Division Three.     March 3, 1994.]

*In the Matter of the Marriage of* LAZARO ZUNIGA, SR., *Appellant, and* AURORA ZUNIGA, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-00170-0, Heather Van Nuys, J., entered July 31, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12599-8-III.     Division Three.     March 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WARD THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00178-6, Stephen M. Brown, J., entered July 21, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.